JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **KELVIN X. SINGLETON,** | CV 06-04531 AHM (FFM) |
| Plaintiff, | **ORDER ON STIPULATION OF DISMISSAL** |
| v. | |
| **R. WAYNE et al.,** | Judge:   The Honorable Frederick F. Mumm |
| Defendants. | Action Filed:   10/31/2006 |

    In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Kelvin X. Singleton (Plaintiff), and Defendant R. Wayne (Defendant) hereby stipulate to the voluntary dismissal of this action, with prejudice.

    Each party is to bear his or her own costs, fees, and expenses of any type relating to these cases.

    There is no prevailing party in this action.

    **IT IS SO STIPULATED.**

Dated: August 9, 2011

KAMALA D. HARRIS
Attorney General of California
RENE L. LUCARIC
Supervising Deputy Attorney General

*Attorneys for Defendant R. Wayne*

Dated: August 9, 2011    _____

Kelvin X. Singleton, *Plaintiff*

## ORDER

In accordance with Federal Rule of Civil Procedure 41 (a)(1)(ii), and pursuant to the stipulation of the parties, this action is dismissed with prejudice. Each party to bear his own costs, fees, and expenses of any type, including attorney's fees. There is no prevailing party in this action.

**IT IS SO ORDERED.**

Dated: August 11, 2011

_____
The Honorable A. Howard Matz

**JS-6**

2